_____                    ✓ RETAIN

Nancy V. Alquist , U.S. BANKRUPTCY JUDGE             Evidentiary Hrg: Y (N)

PROCEEDING MEMO - ADVERSARY PROCEEDINGS

Date: 02/24/2009  Time: 10:00

08-00557 Roberson v. Ford Motor Credit Company, LLC

Related: 08-12415 Maureen P. Roberson

(Brett Weiss representing Maureen P. Roberson) *and Andrew Wilson* (Plaintiff)

(Michael J. Klima Jr.) representing Ford Motor Credit Company, LLC (Defendant)

[5]   Motion to Dismiss Adversary Proceeding Filed by Ford Motor Credit Company, LLC. (Attachments: # (1) Proposed Order)    *[5] superceded by [13]*
Movant: Ford Motor Credit Company, LLC BY M Klima;

[9]   Opposition on behalf of Maureen P. Roberson Filed by Andrew G. ^1Wilson II (related document(s)[5] Motion to Dismiss Adversary Proceeding filed by Defendant Ford Motor Credit Company, LLC). (^1Wilson, Andrew)   *The paper this is responsive to [5] is superceded*
Movant: Maureen Roberson    BY B Weiss;

[12]  Amended Complaint by Andrew G. ^1Wilson II on behalf of Maureen P. Roberson against Ford Motor Credit Company, LLC. (related document(s)[1] Complaint filed by Plaintiff Maureen P. Roberson). (^1Wilson, Andrew)
Movant: Maureen Roberson    BY B Weiss;

*[13] Motion to Dismiss Amended Complaint [12]*

[17]  Motion for Certification of Question by Maryland Court of Appeals Filed by Maureen P. Roberson. (Attachments: # (1) Proposed Order CERTIFYING TO THE COURT OF APPEALS OF MD) (^1Wilson, Andrew)
Movant: Maureen Roberson    BY B Weiss;

*Pre-Trial (pretrial premature and not being held today — answer not filed)*

[18]  Opposition on behalf of Ford Motor Credit Company, LLC Filed by Michael J. Klima Jr. (related document(s)[17] Motion for Miscellaneous Relief filed by Plaintiff Maureen P. Roberson). (Attachments: # (1) Proposed Order)
Movant: Ford Motor Credit Company, LLC BY M Klima;

SCHEDULE:

1. Discovery cutoff:_____        6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____     7. Trial times est:_____days____hrs
3. Status report due:_____       8. Trial date:_____ time:_____
4. Motions hrg. date:_____       9. Expert witness & Rpts:_____
5. Final pretrial hrg:_____      10. Reissue Summons:_____

DISPOSITION:

*[13]* __Granted *[17]*__ Denied__ Withdrawn__ Default__ Consent__ Under Adv.__
__Adjourned__/Continued to:_____ at_____ m. Notice: YES / NO
FINAL DISPOSITION: *pending completion of certification process to Maryland Court of Appeals.*

____Judgment for Plaintiff(s)_____
____Judgment for Defendant(s)_____
____Consent              ____Withdrawn/ Dismissed/ Deny

```
Amount: $ _____                   _____Day Settlement Order
_____Decision Reserved                   _____Moot
_____Default / No Response               _____Soldiers' & Sailors' Affidavit Due
_____Show Cause Order                    _____Other:_____
Adjourned / Continued to:_____ at _____.m.    Notice: YES / NO
Post Trial Memos Due:  Plaintiff:_____    Defendant:_____
```

NOTES:

Parties are to collaberate to submit an agreed statement of facts incident to the granting of [17] and the certification to the Maryland Court of Appeals. By March 3, 2009, the parties must submit an agreed statement of facts for the Courts inclusion in its certification order or the parties must indicate to the Court that they are unable to agree and the Court will designate facts.