**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

```
In re:                          *

MAUREEN P. ROBERSON             *    CASE NO.: 08-1-2415-NVA
                                     (Chapter 13)
        Debtor                  *
*   *   *   *   *   *   *
MAUREEN P. ROBERSON             *

        Plaintiff               *

    v.                          *    ADVERSARY NO.: 08-557

FORD MOTOR CREDIT COMPANY LLC   *

        Defendant               *
*   *   *   *   *   *   *   *   *   *   *   *   *
```

**DEFENDANT'S RESPONSE TO LINE REGARDING STATEMENT OF FACTS**

Ford Motor Credit Company LLC, Defendant, by its attorney, Michael J. Klima, Jr., files its Response to the Plaintiff's Line Regarding Statement Of Facts. Defendant has elected to arbitrate Plaintiff's claim against it. This case, therefore, should be stayed pending such arbitration. Accordingly, Defendant's stipulation to any statement of facts incident to this Court's certification of a question of law to the Maryland Court of Appeals is unnecessary.

```
                              /s/ Michael J. Klima, Jr.
                            MICHAEL J. KLIMA, JR. #25562
                            Suite 200, The Carroll Building
                            8600 LaSalle Road
                            Towson, MD 21286-2025
                            (410) 837-1140
                            Attorney for Defendant
                            Attorney File No.: 08-1399
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  17th  day of March, 2009, a copy of the foregoing Defendant's Response To Line Regarding Statement Of Facts was mailed, by first class mail, postage prepaid to Brett Weiss, Esquire, Joseph, Greenwald & Laake, PA, 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770; and to Andrew G. Wilson, Esquire, 275 West Street, Suite 216, Annapolis, MD 21401.

                                          /s/ Michael J. Klima, Jr.
                                          Michael J. Klima, Jr.